**Order filed November 20, 2014.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-14-00022-CV**

_____

**CLAUDIA HARPER, INDIVIDUALLY AND AS INDEPENDENT CO-EXECUTRIX FOR THE ESTATE OF JAMES WESLEY CLERK, JR., AND ALICE CLARK, Appellants**

**V.**

**KIRBY CORPORATION AND KIRBY INLAND MARINE, L.P., Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-09913A**

---

## ORDER

Consideration of this appeal was scheduled for oral argument on October 28, 2014. On October 27, 2014, appellants' counsel notified the court that the case had been settled and oral argument was unnecessary. Accordingly, the scheduled submission was cancelled.

To date, appellants have not filed a motion to dismiss the appeal. *See* Tex. R.

App. P. 42.1(a). Therefore, we **ORDER** appellants to file an appropriate motion to dismiss, or alternatively, a motion to extend time to file a motion to dismiss, with the clerk of this court on or before **December 1, 2014.**


PER CURIAM